**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 26-CV-21552-MOORE/Elfenbein

BELLA ZAHAVI,

Plaintiff,

v.

PRINCESS CRUISE LINES

Defendant.
_________________________________/

**JOINT NOTICE IDENTIFYING THE DATE ON WHICH THE DEPOSITION OF THE DEFENDANT'S CORPORATE REPRESENTATIVE WILL TAKE PLACE**

Plaintiff, BELLA ZAHAVI, and Defendant PRINCESS CRUISE LINES (collectively, the "Parties"), hereby jointly notify the Court that the deposition of Defendant PRINCESS CRUISE LINES' corporate representative is scheduled to take place on **December 9, 2026**. The deposition will commence at **10:00am** and will be conducted REMOTELY VIA VIDEOCONFERENCE.

The Parties submit this Joint Notice to identify and confirm the agreed-upon date for the deposition.

Dated: November 24, 2026

Respectfully submitted,

**By:/s/ David Singer**
David Singer, Esq.
dsingeresq@aol.com
(FBN 306215)
ndvorak@1800askfree.com
marinab@1800askfree.com
DAVID W. SINGER & ASSOC., P.A.
1011 South Federal Highway
Hollywood, Florida 33020
Ofc. (954) 920-1571
*Attorneys for Plaintiff*

**BY:/s/Juan C. Perez, Jr.**
Juan C. perez, Jr.
(Florida Bar No.: 91581)
**Jose J. Carmenate**
Florida Bar No.: 1079371
JCarmanate@admiral-law.com
HORR, SKIP AND PEREZ, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL 33156
Telephone: (305) 670-2525
*Attorneys for Defendant*